# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| GORDON FRANKLIN, JR., )<br>)<br>Petitioner, )<br>v. )<br>)<br>MARTY ANDERSON, Warden, )<br>)<br>)<br>Respondent. ) | Civil Action<br>No. 10-3366-CV-S-DW |

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus was referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

The United States Magistrate has completed his preliminary review of the petition for a writ of habeas corpus and has submitted to the undersigned a report and recommendation that petitioner be denied leave to proceed in forma pauperis, and that the petition be dismissed without prejudice.

Petitioner has filed exceptions to the report and recommendation, which do not raise any comprehensible issues pertaining to this case. Upon full de novo review, the Court finds that petitioner has failed to state a constitutional violation, and that the Magistrate correctly held that the petition herein should be dismissed without prejudice.

Based on the file and records in this case, it is concluded that the findings of fact, conclusions of law, and proposed actions of the Magistrate are correct and should be approved. It is therefore

ORDERED that petitioner's exceptions filed herein be, and they are hereby, CONSIDERED and OVERRULED.  It is further

ORDERED that petitioner should be, and he is hereby, denied leave to proceed in forma pauperis.  It is further

ADJUDGED that the petition herein for a writ of habeas corpus should be, and it is hereby, dismissed without prejudice.[1]

/s/ Dean Whipple
DEAN WHIPPLE
United States District Judge

Date: 11/04/2010

---

[1] Counsel for the petitioner has filed a Motion to Withdraw.  Because there are no issues presented for which relief is appropriate, the motion is granted.